UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In Re:
**Billy David Weaver and
Cheryl Joyce Weaver**

Case No. 06-80377

Soc Sec No.: xxx-xx-1183 and xxx-xx-4641
Address: 705 East Maynard Avenue , Durham , NC 27704-

Debtors

## SCHEDULE OF ADDITIONAL CREDITORS

The following additional unpaid debts were incurred by the Debtors between the date of filing of the Chapter 13 case and the date of conversion or were not included in the list of creditors maintained by the Chapter 13 Office:

| Creditor's Name, Acct. No. (if known) and Mailing Address | Type of Debt | If Secured, Description of the Collateral | Total Amount of Debt |
|---|---|---|---|
| Professional Recovery Consultants (Acct. No: 9187082) Post Office Box 51187 Durham, NC 27717 | Collection | Not Applicable | $716.02 |
| Triangle Orthopaedic Accoc. P O Box 30001 Durham, NC 27702 | Medical | Not Applicable | $651.80 |
| Durham Regional Hospital (Acct. No: 7-AG8157) Durham , NC 27704 | Medical | N/A | $2,621.76 |
| Durham Internal Medicine 4205 Ben Franklin Blvd. Durham , NC 27704 | Medical | N/A | $252.00 |
| Triangle Endoscopy Center,Llc (Acct. No: 18-110) 349 East NC HWY 54 STE 210 Durham , NC 27713 | Medical | N/A | $300.00 |
| Empi,Inc. Post Office Box 71519 Chicago , IL 60694 1519 | Medical | N/A | $414.75 |

We, the Debtors in the above-captioned case, do hereby declare that we have read this Schedule and that the information contained therein is true and correct to the best of our knowledge, information and belief.

Dated: December 29, 2010

                                                           s/ Billy David Weaver
                                                           Billy David Weaver

                                                           s/ Cheryl Joyce Weaver
                                                           Cheryl Joyce Weaver